Same case below, 575 F.3d 1341.

**No. 09-1025. Herbert S. Moncier, Petitioner v. United States District Court for the Eastern District of Tennessee.**

559 U.S. 1106, 130 S. Ct. 2428, 176 L. Ed. 2d 924, 2010 U.S. LEXIS 3708.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 329 Fed. Appx. 636.

**No. 09-1029. Guy Massi, Petitioner v. Edward Flynn, et al.**

559 U.S. 1107, 130 S. Ct. 2404, 176 L. Ed. 2d 924, 2010 U.S. LEXIS 3752.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 353 Fed. Appx. 658.

**No. 09-1030. Sherri Koehnke, Petitioner v. City of McKeesport, Pennsylvania, et al.**

559 U.S. 1107, 130 S. Ct. 2404, 176 L. Ed. 2d 924, 2010 U.S. LEXIS 3804.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 350 Fed. Appx. 720.

**No. 09-1033. Monica Hujazi, Petitioner v. California.**

559 U.S. 1107, 130 S. Ct. 2404, 176 L. Ed. 2d 924, 2010 U.S. LEXIS 3815.

May 3, 2010. Petition for writ of certiorari to the Appellate Division, Superior Court of California, County of Los Angeles, denied.

**No. 09-1038. Arthur C. Wagner, Jr., et al., Petitioners v. Live Nation Motor Sports, Inc., fka SFX Motor Sports, Inc., dba Clear Channel Entertainment-Motor Sports, et al.**

559 U.S. 1107, 130 S. Ct. 2405, 176 L. Ed. 2d 924, 2010 U.S. LEXIS 3835.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 586 F.3d 1237.

**No. 09-1047. Tekila Films, Inc., et al., Petitioners v. New Form Inc., dba Laguna Films.**

559 U.S. 1107, 130 S. Ct. 2405, 176 L. Ed. 2d 924, 2010 U.S. LEXIS 3819.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 10.